APPEAL No. 75-33. LEROY W. ARMSTRONG *v.* VIRGINIA D. ARMSTRONG. Motion to strike certain appendices from appellant's appendix is denied. *James P. Flynn*, for plaintiff. *Milton Stanzler*, for defendant.

APPEAL No. 75-99. LEROY W. ARMSTRONG *v.* VIRGINIA D. ARMSTRONG. Motion for consideration on briefs, without oral argument, and for consideration together with the case of *Armstrong* v. *Armstrong*, No. 75-33-Appeal, is denied. The motion for affirmance of the order of the court below, pursuant to

Rule 16 (g); is denied. *James P. Flynn,* for plaintiff. *Milton Stanzler,* for defendant.